United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 17-17892-ref
John G Wadsworth                                                    Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Violet              Page 1 of 2              Date Rcvd: Feb 05, 2018
                              Form ID: 152              Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 07, 2018.
db          +John G Wadsworth,    526 Hallman Road,    Douglassville, PA 19518-9330
smg         +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
              Allentown, PA 18101-1603
smg          City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg         +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg         +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
14017711    +MGTLQ Investors, LP,    75 Beattie Place # 300,    Greenville, SC 29601-2138
14048991     MTGLQ Investors, L.P.,    c/o Shellpoint Mortgage Serving,    PO Box 10826,
              Greenville, SC  29603-0826
14017716     Yong S. Shin MS and Associates,    1360 E. High Street, Building 4,    Pottstown, PA 19464

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         +E-mail/Text: robertsl2@dnb.com Feb 06 2018 02:24:27      Dun & Bradstreet, INC,
              3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 06 2018 02:24:36      U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14017715    +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 06 2018 05:22:32      American Infosource, LP,
              5847 San Felipe, Suite 1200,    Houston, TX 77057-3167
14017712     E-mail/Text: bankruptcy@bbandt.com Feb 06 2018 02:23:49      BB&T,    PO Box 1847,
              Wilson, NC 27894
14017714    +E-mail/Text: cio.bncmail@irs.gov Feb 06 2018 02:23:48      Internal Revenue Service,
              PO Box 7346,    Philadelphia, PA 19101-7346
14043271    +E-mail/Text: csc.bankruptcy@amwater.com Feb 06 2018 02:24:49      PA American Water,    Box 578,
              Alton, IL 62002-0578
14017717    +E-mail/Text: csc.bankruptcy@amwater.com Feb 06 2018 02:24:49      Pennsylvania American Water,
              PO Box 578,    Alton, IL 62002-0578
14041856     E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 06 2018 02:24:04
              Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
              Harrisburg, Pa.  17128-0946
14017713    +E-mail/Text: jennifer.chacon@spservicing.com Feb 06 2018 02:24:53
              Select Portfolio Servicing,    PO Box 65250,    Salt Lake City, UT 84165-0250
                                                                                              TOTAL: 9

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*         Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2018                                  Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 5, 2018 at the address(es) listed below:
              CELINE P. DERKRIKORIAN    on behalf of Creditor    BB&T Mortgage ecfmail@mwc-law.com
              CELINE P. DERKRIKORIAN    on behalf of Creditor    Branch Banking And Trust Company
               ecfmail@mwc-law.com
              CHRISTOS A. KATSAOUNIS    on behalf of Creditor    Commonwealth of Pennsylvania, Department of
               Revenue   RA-occbankruptcy5@state.pa.us, RA-occbankruptcy6@state.pa.us
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    MTGLQ INVESTORS, L.P. bkgroup@kmllawgroup.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Select Portfolio Servicing, Inc.
               mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

```
District/off: 0313-4          User: Violet              Page 2 of 2              Date Rcvd: Feb 05, 2018
                              Form ID: 152              Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        WILLIAM B. CALLAHAN    on behalf of Debtor John G Wadsworth bill@billcallahanlaw.com
        TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: John G Wadsworth
    Debtor(s)

Case No: 17–17892–ref
Chapter: 13

___

## NOTICE OF RESCHEDULED HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Richard E. Fehling

, United States Bankruptcy Court 4/5/18 at 09:00 AM , in Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Timothy B. McGrath
Clerk of Court

20
Form 152