**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>　　John G. Wadsworth,<br>　　　　　　Debtor. | Chapter 13 |
| Select Portfolio Servicing, Inc. as servicing agent for Wells Fargo Bank, N.A., as Trustee , for Park Place Securities, Inc. Asset-Backed Pass-Through Certificates, Series 2004-WCW1,<br>　　　　　　Movant,<br>vs.<br>John G. Wadsworth,<br>　　　　　　Debtor / Respondent,<br>and<br>Frederick L. Reigle,<br>　　　　　　Trustee / Respondent. | Case No.: 17-17892-ref<br><br>Hearing Date: March 22, 2018<br>Time: 9:30 a.m.<br>Location: Courtroom 1 |

\* \* \* \* \* \* \*

**NOTICE OF MOTION, RESPONSE DEADLINE
AND HEARING DATE**

　　Select Portfolio Servicing, Inc. as servicing agent for Wells Fargo Bank, N.A., as Trustee, for Park Place Securities, Inc. Asset-Backed Pass-Through Certificates, Series 2004-WCW1 has filed a Motion for Relief from the Automatic Stay with the Court for leave to enforce its rights as determined by state and/or other applicable law with regard to real property.

　　**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney).**

　　1.　　If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before **March 11, 2018**, you or your attorney must do all of the following:

　　　　(a)　　file an answer explaining your position at:

　　　　　　United States Bankruptcy Court
　　　　　　Eastern District of Pennsylvania
　　　　　　Office of the Clerk
　　　　　　400 Washington Street
　　　　　　Reading, PA 19601

　　　　(b)　　mail a copy to the Movant's attorney:

      Matthew C. Waldt, Esquire
      Milstead & Associates, LLC
      1 East Stow Road
      Marlton, NJ 08053
      Phone No.: 856-482-1400
      Fax No.: 856-482-9190

 (c) mail a copy to the Chapter 13 Trustee:

      FREDERICK L. REIGLE
      Chapter 13 Trustee
      2901 St. Lawrence Avenue
      P.O. Box 4010
      Reading, PA 19606

 2. If you or your attorney do not take the steps described in paragraphs 1(a), 1(b) and 1(c) above and attend the hearing, the court may enter an order granting the relief requested in the Motion.

 3. A hearing on the motion is scheduled to be held before the Honorable Richard E. Fehling on **March 22, 2018 at 9:30 a.m.** in Courtroom 1 of The Madison Building, 400 Washington Street, Reading, PA 19601.

 4. If a copy of the Motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

 5. You may contact the Bankruptcy Clerk's office at 610-208-5040 to find out whether the hearing has been cancelled because no one filed an answer to the Motion.

      Respectfully submitted,
      MILSTEAD & ASSOCIATES, LLC

DATED: February 22, 2018

      /s/Matthew C. Waldt
      Matthew C. Waldt, Esquire
      Attorney ID No. 203308
      mwaldt@milsteadlaw.com
      1 East Stow Road
      Marlton, NJ 08053
      Attorneys for Movant