# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>John G. Wadsworth;<br><br>                      Debtor | Chapter 13<br><br>Case No.: 17-17892-ref |
| Select Portfolio Servicing, Inc. as servicing agent for Wells Fargo Bank, N.A., as Trustee, for Park Place Securities, Inc. Asset-Backed Pass-Through Certificates, Series 2004-WCW1,<br>                      Movant,<br>vs.<br>John G. Wadsworth<br>                      Debtor / Respondent,<br>and<br>Frederick L. Reigle,<br>                      Trustee / Respondent. | |

## PRAECIPE TO WITHDRAW MOTION FOR RELIEF FROM STAY

NOW COMES, Select Portfolio Servicing, Inc. as servicing agent for Wells Fargo Bank, N.A., as Trustee, for Park Place Securities, Inc. Asset-Backed Pass-Through Certificates, Series 2004-WCW1, by and through the undersigned counsel, and hereby withdraws the Motion for Relief from Stay filed on February 22, 2018 (document number 23). Said Motion is being withdrawn without prejudice.

DATED: March 13, 2018

Respectfully submitted,
MILSTEAD & ASSOCIATES, LLC
  /s/Matthew C. Waldt
Matthew C. Waldt, Esquire
Attorney ID No. 203308
1 E. Stow Road
Marlton, NJ 08053
(856) 482-1400
Attorneys for Movant

201123-10

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>John G. Wadsworth;<br><br>               Debtor | Chapter 13<br><br>Case No.: 17-17892-ref |
| Select Portfolio Servicing, Inc. as servicing agent for Wells Fargo Bank, N.A., as Trustee, for Park Place Securities, Inc. Asset-Backed Pass-Through Certificates, Series 2004-WCW1,<br>               Movant,<br>vs.<br>John G. Wadsworth<br>               Debtor / Respondent,<br>and<br>Frederick L. Reigle,<br>               Trustee / Respondent. | |

## CERTIFICATION OF SERVICE

Matthew C. Waldt, Esquire counsel for Movant, hereby certifies that a copy of the Praecipe to Withdraw the Motion for Relief from Stay was served upon the following persons via electronic transmission or by regular first-class mail, postage pre-paid on March 13, 2018, addressed as follows:

| | |
|---|---|
| Frederick L. Reigle<br>Chapter 13 Trustee<br>2901 St. Lawrence Avenue<br>P.O. Box 4010<br>Reading, PA 19606<br>*via electronic transmission* | William B. Callahan<br>1800 East High Street<br>Suite 150<br>Pottstown, PA 19464<br>*via electronic transmission* |

DATED: March 13, 2018

Respectfully submitted,
MILSTEAD & ASSOCIATES, LLC
   /s/Matthew C. Waldt
Matthew C. Waldt, Esquire
Attorney ID No. 203308
1 E. Stow Road
Marlton, NJ 08053
(856) 482-1400
Attorneys for Movant

201123-10