IN THE MATTER OF:    Case No. 17-17892 REF

PETITION FILED: 11-21-17

MONTHLY REPORT NO. 1

DEBTOR IN POSSESSION    MONTH ENDED June

ALL ITEMS MUST BE ANSWERED USING "NONE" OR N/A WHERE APPROPRIATE

CHAPTER    MONTHLY REPORT FOR INDIVIDUALS ENGAGED IN BUSINESS

1. Cash on Hand (on filing date, or thereafter, from prior reporting period) _____

2. Receipts during Report Period:

    a. Salary and Commissions        N/a
    b. Interest or Dividend Income   n/a
    c. Real Estate Rental            $2550
    d. Other (Describe-Schedule A)   n/a

    TOTAL RECEIPTS                                          $2550

3. Disbursements:

    a. Taxes – IRS                          n/a
    b. Taxes-State, including any           n/a
       sales tax due
    c. Taxes- Real Estate                   $2173.69
    d. Taxes- Other                         n/a
    e. Utilities                            $452.75
    f. Mortgage(s) or Rent(s)               $1613.15
    g. Insurance premiums (list type)       Homeowners  $132.58
    h. Food                                 n/a
    i. Medical                              n/a
    j. Car loan                             n/a
    k. Automobile expenses                  n/a

CASE NO. 17-17892 REF                MONTH ENDING June

   l. Clothing    n/a

   m. Gifts – donations (Schedule B)    n/a

   n. Tuitions (Schedule B)    n/a

   o. Other (Describe)    n/a

TOTAL DISBURSEMENTS

4. Balance at end of reporting period [ (1-2) – 3]  -1822.17

5. Are you paying all your debts (post filing) as they are incurred? If not, list outstanding obligations and amounts due at end of current period on Schedule C.

6. Is all insurance paid up-to-date?   yes

Debtor in Possession Checking Account(s):

   NAME, LOCATION AND NUMBER(S)   M+T Bank   9860772103

   BRANCH   Birdsboro

Debtor in Possession Savings Account(s) and Investments, including IRA's, Keogh, Pension:

   DESCRIBE: _____

   BRANCH: _____

SCHEDULE A

(2)(d) Other: n/a


SCHEDULE B

Gifts – donations/Name(s) of recipient(s): n/a



Tuition(s) list name and school(s): n/a

CASE NO. 17-17892 REF            MONTH ENDING June

SCHEDULE C

Outstanding obligations: (List payee and date incurred)

I DECLARE THAT I HAVE EXAMINED THIS REPORT AND TO THE BEST OF MY KNOWLEDGE AND BELIEF, IT IS TRUE AND CORRECT. I FURTHER CERTIFY THAT ALL TAX REPORTS OR RETURNS WHICH BECAME DUE DURING THE REPORTING PERIOD HAVE BEEN FILED AND ALL REQUIRED PAYMENTS MADE.

_____          _7/20/18_____
SIGNATURE OF DEBTOR(S)              DATE

United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  JOHN G. WADSWORTH, JR.        : Case No.: 17-17892REF

                                      : CERTIFICATION OF BUSINESS
John G. Wadsworth, Jr.                  DEBTOR

I, John G. Wadsworth, Jr., being of full age and duly sworn upon my oath, depose(s) and say(s):

1. I have __0__ employees and have filed quarterly tax returns through the quarter ended _____.

2. I have __0__ independent contractors that have performed services and have filed 1099's through the calendar year of 20__18__.

3. I have filed the necessary 940 (FUTA) tax returns through the year 20_____.

4. The principal business activity in which I am engaged is _real estate ownership_

5. The gross receipts from the business for the prior year were __19,135__ and the net income after expenses was __- 4,835__.

6. I have filed tax returns through the year ending December 31, 20__17__ with the Internal Revenue Service. Copies of Federal and State returns along with all supporting schedules for the last two years are attached.

7. I have filed the necessary state tax returns including sales tax returns with the Commonwealth of Pennsylvania through the year ended December 31, 20__17__, and have remitted all taxes due.

8. I have remitted in full all payments due to any Federal and State or local taxing authorities.

9. I have attached copies of the insurance policies as proof of coverage.

10. I have prepared the attached financial statement in dictating the results of my first month's business operation following the filing of this case.

11. Copies of financial statements furnished to a third party within two (2) years preceding the filing of the petition, if any, including but not limited to the Balance Sheet, Income Statement, and Cash Flow Statement are attached.

12. Current books and records of the business, including checks and check registers are available and shall be produced at the Standing Chapter 13 Trustee's request.

13. Monthly profit and loss statements of the last year preceding the filing are attached.

14. Current schedule of accounts receivable and accounts payable are attached.

15. The EIN No. for my business is _____.

16. I started my business on _____ (date).

This certification and all attachments shall be filed with the Clerk of the United States Bankruptcy Court, the United States Trustee and the Chapter 13 Standing Trustee in accordance with Section 1304 and Section 704(8) of the United States Bankruptcy Code.

Date: 6-25-18  _____ *(signature)* Debtor

Date: 6-25-18  _____ *(signature)* Debtor

United States Bankruptcy Court

Eastern District of Pennsylvania

In re:    JOHN G. WADSWORTH, JR.    : Case No.:  17-17892REF

: CERTIFICATION OF BUSINESS
DEBTOR REGARDING MONTHLY
REPORT

I, _John G Wadsworth Jr_, being of full age and duly sworn upon my oath, depose(s) and say(s):

1. I am the business Debtor(s) in the above referenced matter.

2. I have completed and attached a Monthly Financial Report for the month of _June_.

3. All of the information in the Monthly Financial Report is complete, true and correct to the best of my knowledge, information and belief.

This certification and all attachments shall be filed with the Clerk of the United States Bankruptcy Court, the United States Trustee and the Chapter 13 Standing Trustee in accordance with Section 1304 and Section 704(8) of the United States Bankruptcy Code.

Date: _6-25-18_  _John G. Wadsworth Jr_
                                                                      Debtor

Date: _6-25-18_  _[signature]_
                                                                      Debtor