## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  John G. Wadsworth<br>           Debtor<br><br>MTGLQ Investors, L.P., its successors and/or assigns<br>           Movant<br>      vs.<br><br>John G. Wadsworth<br>           Debtor<br><br>Frederick L. Reigle Esq.<br>           Trustee | CHAPTER 13<br><br><br><br><br>NO. 17-17892 REF<br><br><br><br>11 U.S.C. Section 362 |

### PRAECIPE TO WITHDRAW

### TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the Objection to Confirmation of MTGLQ Investors, L.P., which was filed with the Court on or about December 21, 2017, Document No. 12.

Respectfully submitted,

**/s/ Kevin G. McDonald, Esquire**
Kevin G. McDonald, Esquire
kmcdonald@kmllawgroup.com
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-627-1322

August 2, 2018