# IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>John G. Wadsworth;<br><br>    Debtor | Chapter 13<br><br>Case No.: 17-17892-ref |
| Select Portfolio Servicing, Inc. as servicing agent for Wells Fargo Bank, N.A., as Trustee, for Park Place Securities, Inc. Asset-Backed Pass-Through Certificates, Series 2004-WCW1,<br>    Movant,<br>vs.<br>John G. Wadsworth<br>    Debtor / Respondent, | |

## PRAECIPE TO WITHDRAW OBJECTION TO CONFIRMATION

NOW COMES, Select Portfolio Servicing, Inc. as servicing agent for Wells Fargo Bank, N.A., as Trustee, for Park Place Securities, Inc. Asset-Backed Pass-Through Certificates, Series 2004-WCW1, by and through the undersigned counsel, and hereby withdraws the Objection to Confirmation filed on December 1, 2017 (document number 11).

            Respectfully submitted,
            MILSTEAD & ASSOCIATES, LLC
             /s/Matthew C. Waldt
DATED:  August 7, 2018    Matthew C. Waldt, Esquire
            Attorney ID No. 203308
            1 E. Stow Road
            Marlton, NJ 08053
            (856) 482-1400
            Attorneys for Movant

201123-9

## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>John G. Wadsworth;<br><br>                      Debtor | Chapter 13<br><br>Case No.: 17-17892-ref |
| Select Portfolio Servicing, Inc. as servicing agent for Wells Fargo Bank, N.A., as Trustee, for Park Place Securities, Inc. Asset-Backed Pass-Through Certificates, Series 2004-WCW1,<br>                      Movant,<br>vs.<br>John G. Wadsworth<br>                      Debtor / Respondent, | |

### CERTIFICATION OF SERVICE

      Matthew C. Waldt, Esquire counsel for Movant, hereby certifies that a copy of the Praecipe to Withdraw the Objection to Confirmation was served upon the following persons via electronic transmission or by regular first-class mail, postage pre-paid on August 7, 2018, addressed as follows:

| | |
|---|---|
| William Miller<br>Interim Chapter 13 Trustee<br>2901 St. Lawrence Avenue, Suite 100<br>Reading, PA 19606<br>*via electronic transmission* | William B. Callahan<br>1800 East High Street<br>Suite 150<br>Pottstown, PA 19464<br>*via electronic transmission* |

DATED: August 7, 2018

Respectfully submitted,
MILSTEAD & ASSOCIATES, LLC
  /s/Matthew C. Waldt
Matthew C. Waldt, Esquire
Attorney ID No. 203308
1 E. Stow Road
Marlton, NJ 08053
(856) 482-1400
Attorneys for Movant

201123-9