## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: JOHN G. WADSWORTH | : Case No. 17-17892-REF |
| | : Chapter 13 |
| | : Hearing Date: October 25, 2018 |

### NOTICE OF OBJECTION TO CLAIM

**To:** **Branch Banking & Trust Company**
**Bankruptcy Section 100-50-01-51**
**PO Box 1847**
**Wilson, NC 27894**

Debtor, John G. Wadsworth, has filed an objection to your claim in this bankruptcy case.

**<u>Your claim may be reduced, modified, or eliminated.</u> You should read these papers carefully and discuss them with your attorney, if you have one.**

If you do not want the court to eliminate or change your claim, then on or before **OCTOBER 12, 2018**, you or your lawyer must:

(a) **FILE WITH THE COURT A WRITTEN RESPONSE TO THE OBJECTION**, explaining your position, at:

> Clerk, United States Bankruptcy Court
> The Madison Building
> 400 Washington Street
> Reading, PA 19601

If you mail your response to the court for filing, you must mail it early enough so that the court will receive it on or before the date stated above.

(b) **YOU MUST ALSO MAIL A COPY TO THE ATTORNEY FOR THE OBJECTING PARTY:**

> William B. Callahan
> Law Offices of William B. Callahan
> 1800 East High Street, Suite 150
> Pottstown, PA 19464
> Telephone No. (484) 680-0552
> Telefax No. 610-906-1575
> e-mail: bill@billcallahanlaw.com

    **(c)    ATTEND THE HEARING ON THE OBJECTION**, scheduled to be held before the Hon. Richard E. Fehling on **OCTOBER 25, 2018 AT 9:30 AM** United States Bankruptcy Court, The Madison Building, 400 Washington Street, Suite 300, Reading, PA 19601.

    **If you or your attorney do not take these steps, the court may decide that you do not oppose the objection to your claim.**

Date: September 12, 2018

                    //s// William B. Callahan
                           Signature

Name:    William B. Callahan
Address:  1800 East High Street, Ste 150
              Pottstown, PA 19464
Telephone: 484-680-0552