UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re:   In re: John G. Wadsworth,<br><br>                    Debtor/Movant,<br>vs.<br><br>BB&T Mortgage, or its Successor or Assignee<br>                    Respondent. | Chapter 13<br>Bankruptcy No. 17-17892- REF |

### ORDER GRANTING SETTLEMENT STIPULATION

It is hereby ORDERED that the Stipulation to Settle Debtor's Objection to Respondent's Proof of Claim No. 1, is hereby APPROVED.

**Date: March 25, 2019**