United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-17892-ref
John G Wadsworth                                                          Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: dlv              Page 1 of 1              Date Rcvd: Mar 25, 2019
                              Form ID: pdf900        Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2019.
db           +John G Wadsworth,   526 Hallman Road,   Douglassville, PA 19518-9330
cr            U.S. Bank Trust National Association as Trustee of,   Law Offices of Michelle Ghidotti,
               1920 Old Tustin Avenue,   Santa Ana

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14017712      E-mail/Text: bankruptcy@bbandt.com Mar 26 2019 02:33:46      BB&T,   PO Box 1847,
               Wilson, NC 27894
                                                                                              TOTAL: 1

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*         ++BB AND T,   PO BOX 1847,   WILSON NC 27894-1847
              (address filed with court:   BB&T,   PO Box 1847,   Wilson, NC  27894-1847)
                                                                                 TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2019 at the address(es) listed below:
          CELINE P. DERKRIKORIAN    on behalf of Creditor    Branch Banking And Trust Company
           ecfmail@mwc-law.com
          CELINE P. DERKRIKORIAN    on behalf of Creditor    BB&T Mortgage ecfmail@mwc-law.com
          CHRISTOS A. KATSAOUNIS    on behalf of Creditor    Commonwealth of Pennsylvania, Department of
           Revenue RA-occbankruptcy5@state.pa.us,   RA-occbankruptcy6@state.pa.us
          FRANCIS THOMAS TARLECKI    on behalf of Creditor    BB&T Mortgage ecfmail@ecf.courtdrive.com,
           ecfmail@mwc-law.com
          FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          JASON BRETT SCHWARTZ    on behalf of Creditor    U.S. Bank Trust National Association as Trustee of
           Chalet Series III Trust jschwartz@mesterschwartz.com,   jottinger@mesterschwartz.com
          KEVIN G. MCDONALD    on behalf of Creditor    MTGLQ INVESTORS, L.P. bkgroup@kmllawgroup.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    MTGLQ INVESTORS, L.P. bkgroup@kmllawgroup.com
          MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Select Portfolio Servicing, Inc.
           mwaldt@milsteadlaw.com,   bkecf@milsteadlaw.com
          MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicing
           agent for Wells Fargo Bank, N.A., as Trustee mwaldt@milsteadlaw.com,   bkecf@milsteadlaw.com
          RAYMOND M. KEMPINSKI    on behalf of Creditor    BB&T Mortgage ecfmail@mwc-law.com,
           ecfmail@ecf.courtdrive.com
          ROLANDO   RAMOS-CARDONA    on behalf of Trustee FREDERICK L. REIGLE
           RRamos-Cardona@fredreiglech13.com
          SCOTT WATERMAN    ECFmail@fredreiglech13.com,   ECF_FRPA@Trustee13.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM B. CALLAHAN    on behalf of Debtor John G Wadsworth bill@billcallahanlaw.com
                                                                                             TOTAL: 15

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:   In re: John G. Wadsworth,<br><br>                        Debtor/Movant,<br>vs.<br><br>BB&T Mortgage, or its Successor or Assignee<br>                        Respondent. | Chapter 13<br>Bankruptcy No. 17-17892- REF |

## ORDER GRANTING SETTLEMENT STIPULATION

It is hereby ORDERED that the Stipulation to Settle Debtor's Objection to Respondent's Proof of Claim No. 1, is hereby APPROVED.

**Date: March 25, 2019**