**BB&T**

Branch Banking and Trust Company

Special Assets
P.O. Box 1847
Wilson, NC 27894
(252) 296-7171

April 2, 2019

Claim Number 1

Re:   Debtors:                John Wadsworth
      Bankruptcy Case No.  17-17892
      BB&T Acct No(s)      xxxxxx0570

Dear Trustee Reigle:

Please withdraw BB&T's Proof of Claim for claim number 1 on the above referenced account per Stipulation Order filed on 3/25/2019.

Thank you for your assistance.

Sincerely,

*Jo Ann Farmer*

Jo Ann Farmer
Assistant Vice President
Bankruptcy Section
(866)813-1624