**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In Re: JOHN G. WADSWORTH           Case No. 17-17892 REF
       Debtor                                 Chapter 13
                                        Hearing Date: May 2, 2019

**AMENDED CERTIFICATION OF SERVICE OF MOTION OF**
**JOHN G. WADSWORTH FOR PERMISSION TO SELL REAL ESTATE**

       William B. Callahan, Esquire certifies that a true and correct copy of the Motion of John G. Wadsworth for Permission to Sell Real Estate, and the Notice of Response Date and Hearing were sent this date by first class mail, postage prepaid, or by electronic means, to the parties listed below.

Date: April 11, 2019

*/s/ William B. Callahan*
William B. Callahan, Esquire
Law Offices of William B. Callahan
1800 East High Steet, Suite 150
Pottstown, PA 19464
(484) 680-0552

Scott Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100,
Reading, PA 19606
Attn: Rolando Ramos-Cardona

Andrew Lubin, Esq.
Milstead & Associates, LLC
Attorneys for Select Portfolio Servicing, Inc.
1 East Stow Road
Marlton, NJ 08053

United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107