UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  JOHN G. WADSWORTH,          :     Case No. 17-17892REF
       Debtor                    :     Chapter 13

# ORDER DENYING MOTION

AND NOW, this 2 day of May, 2019, upon the motion of Debtor for permission to sell real property, and upon Debtor's apparently asking permission to start the process to sell property, which is to hire a real estate professional to list and obtain a buyer for the property (after applying to the court to hire the real estate professional) and which is also to present a fully executed agreement of sale to the court for approval when it is complete and fully executed, and upon Debtor's efforts to sell the real property apparently being not yet ready to apply to retain a real estate professional or to approve a final agreement of sale, and upon the Bankruptcy Code inherently permitting a debtor to start the process of selling real estate, subject to approval of the real estate professional and of the final sale agreement,

IT IS HEREBY ORDERED that Debtor's motion of Debtor for permission to sell real property IS DENIED WITHOUT PREJUDICE to Debtor's right (eventually) to retain a real estate professional and Debtor's right (eventually) to move for approval of a complete, fully executed agreement of sale.

BY THE COURT

_____
RICHARD E. FEHLING
United States Bankruptcy Judge