United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
John G Wadsworth  
    Debtor

Case No. 17-17892-ref  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: dlv     Page 1 of 1     Date Rcvd: May 06, 2019  
                     Form ID: pdf900     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 08, 2019.
```
db             +John G Wadsworth,    526 Hallman Road,    Douglassville, PA 19518-9330
cr              U.S. Bank Trust National Association as Trustee of,    Law Offices of Michelle Ghidotti,
                  1920 Old Tustin Avenue,    Santa Ana
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              E-mail/Text: bankruptcy@bbandt.com May 07 2019 02:39:23      BB&T,   PO Box 1847,
                  Wilson, NC  27894-1847
                                                                                              TOTAL: 1
```

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 08, 2019                                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 6, 2019 at the address(es) listed below:
```
              CELINE P. DERKRIKORIAN    on behalf of Creditor    Branch Banking And Trust Company
               ecfmail@mwc-law.com
              CELINE P. DERKRIKORIAN    on behalf of Creditor    BB&T Mortgage ecfmail@mwc-law.com
              CHRISTOS A. KATSAOUNIS    on behalf of Creditor    Commonwealth of Pennsylvania, Department of
               Revenue RA-occbankruptcy5@state.pa.us,    RA-occbankruptcy6@state.pa.us
              FRANCIS THOMAS TARLECKI    on behalf of Creditor    BB&T Mortgage ecfmail@ecf.courtdrive.com,
               ecfmail@mwc-law.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              JASON BRETT SCHWARTZ    on behalf of Creditor    U.S. Bank Trust National Association as Trustee of
               Chalet Series III Trust jschwartz@mesterschwartz.com,    jottinger@mesterschwartz.com
              KEVIN G. MCDONALD    on behalf of Creditor    MTGLQ INVESTORS, L.P. bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    MTGLQ INVESTORS, L.P. bkgroup@kmllawgroup.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Select Portfolio Servicing, Inc.
               mwaldt@milsteadlaw.com,    bkecf@milsteadlaw.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicing
               agent for Wells Fargo Bank, N.A., as Trustee mwaldt@milsteadlaw.com,    bkecf@milsteadlaw.com
              RAYMOND M. KEMPINSKI    on behalf of Creditor    BB&T Mortgage raykemp1006@gmail.com,
               raykemp1006@gmail.com
              ROLANDO   RAMOS-CARDONA    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com,
               ecf_frpa@trustee13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,    ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM B. CALLAHAN    on behalf of Debtor John G Wadsworth bill@billcallahanlaw.com
                                                                                             TOTAL: 15
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  JOHN G. WADSWORTH,        :        Case No. 17-17892REF
        Debtor                              :        Chapter 13

## ORDER DENYING MOTION

AND NOW, this 2 day of May, 2019, upon the motion of Debtor for permission to sell real property, and upon Debtor's apparently asking permission to start the process to sell property, which is to hire a real estate professional to list and obtain a buyer for the property (after applying to the court to hire the real estate professional) and which is also to present a fully executed agreement of sale to the court for approval when it is complete and fully executed, and upon Debtor's efforts to sell the real property apparently being not yet ready to apply to retain a real estate professional or to approve a final agreement of sale, and upon the Bankruptcy Code inherently permitting a debtor to start the process of selling real estate, subject to approval of the real estate professional and of the final sale agreement,

IT IS HEREBY ORDERED that Debtor's motion of Debtor for permission to sell real property IS DENIED WITHOUT PREJUDICE to Debtor's right (eventually) to retain a real estate professional and Debtor's right (eventually) to move for approval of a complete, fully executed agreement of sale.

BY THE COURT

_____
RICHARD E. FEHLING
United States Bankruptcy Judge