UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re: JOHN G. WADSWORTH  
       Debtor

Case No. 17-17892 REF  
Chapter 13  
Hearing Date: May 30, 2019

## ORDER GRANTING JOHN G. WADSWORTH PERMISSION TO RETAIN REAL ESTATE PROFESSIONAL

AND NOW, this _____ day of _____ 2019, in consideration of the Motion of John G. Wadsworth for Permission to Retain Real Estate Professional, there being no response thereto, it is hereby ORDERED, effective immediately:

John G. Wadsworth is granted Permission to retain Real Estate Broker Hilary Notario, to list for sale certain real estate properties located at 107 Revere Boulevard, Reading, PA, and 124 Maplewood Drive, Douglassville, PA.

BY THE COURT:

**Date: May 31, 2019**

_____  
Bankruptcy Judge

**Interested Parties:**

William B. Callahan, Esquire  
Law Offices of William B. Callahan  
1800 East High Street, Suite 150  
Pottstown, PA 19464

Scott Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100,  
Reading, PA 19606  
Attn: Rolando Ramos-Cardona

Andrew Lubin, Esq.  
Milstead & Associates, LLC  
Attorneys for Select Portfolio Servicing, Inc.  
1 East Stow Road  
Marlton, NJ 08053