United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                      Case No. 17-17892-elf
John G Wadsworth                                            Chapter 13
         Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-4        User: dlv            Page 1 of 1          Date Rcvd: May 31, 2019
                            Form ID: pdf900      Total Noticed: 3
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 02, 2019.
```
db          +John G Wadsworth,   526 Hallman Road,   Douglassville, PA 19518-9330
cr           U.S. Bank Trust National Association as Trustee of,   Law Offices of Michelle Ghidotti,
              1920 Old Tustin Avenue,   Santa Ana
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr           E-mail/Text: bankruptcy@bbandt.com Jun 01 2019 04:25:32     BB&T,   PO Box 1847,
              Wilson, NC  27894-1847
                                                                         TOTAL: 1
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
r            Hilary A. Notario
                                                                         TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 02, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 31, 2019 at the address(es) listed below:
```
          CELINE P. DERKRIKORIAN   on behalf of Creditor   Branch Banking And Trust Company
           ecfmail@mwc-law.com
          CELINE P. DERKRIKORIAN   on behalf of Creditor   BB&T Mortgage ecfmail@mwc-law.com
          CHRISTOS A. KATSAOUNIS   on behalf of Creditor   Commonwealth of Pennsylvania, Department of
           Revenue RA-occbankruptcy5@state.pa.us,   RA-occbankruptcy6@state.pa.us
          FRANCIS THOMAS TARLECKI   on behalf of Creditor   BB&T Mortgage ecfmail@ecf.courtdrive.com,
           ecfmail@mwc-law.com
          FREDERICK L. REIGLE   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          JASON BRETT SCHWARTZ   on behalf of Creditor   U.S. Bank Trust National Association as Trustee of
           Chalet Series III Trust jschwartz@mesterschwartz.com,   jottinger@mesterschwartz.com
          KEVIN G. MCDONALD   on behalf of Creditor   MTGLQ INVESTORS, L.P. bkgroup@kmllawgroup.com
          MATTEO SAMUEL WEINER   on behalf of Creditor   MTGLQ INVESTORS, L.P. bkgroup@kmllawgroup.com
          MATTHEW CHRISTIAN WALDT   on behalf of Creditor   Select Portfolio Servicing, Inc.
           mwaldt@milsteadlaw.com,   bkecf@milsteadlaw.com
          MATTHEW CHRISTIAN WALDT   on behalf of Creditor   Select Portfolio Servicing, Inc. as servicing
           agent for Wells Fargo Bank, N.A., as Trustee mwaldt@milsteadlaw.com,   bkecf@milsteadlaw.com
          RAYMOND M. KEMPINSKI   on behalf of Creditor   BB&T Mortgage raykemp1006@gmail.com,
           raykemp1006@gmail.com
          ROLANDO RAMOS-CARDONA   on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com,
           ecf_frpa@trustee13.com
          SCOTT F. WATERMAN (Chapter 13)   ECFMail@ReadingCh13.com,   ecf_frpa@trustee13.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM B. CALLAHAN   on behalf of Debtor John G Wadsworth bill@billcallahanlaw.com
                                                                         TOTAL: 15
```

## UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  JOHN G. WADSWORTH  
            Debtor

Case No. 17-17892 REF  
Chapter 13  
Hearing Date: May 30, 2019

### ORDER GRANTING JOHN G. WADSWORTH
### PERMISSION TO RETAIN REAL ESTATE PROFESSIONAL

AND NOW, this     day of               2019, in consideration of the

Motion of John G. Wadsworth for Permission to Retain Real Estate Professional, there being no

response thereto, it is hereby ORDERED, effective immediately:

John G. Wadsworth is granted Permission to retain Real Estate Broker Hilary Notario, to

list for sale certain real estate properties located at 107 Revere Boulevard, Reading, PA, and 124

Maplewood Drive, Douglassville, PA.

BY THE COURT:

**Date: May 31, 2019**

_____  
Bankruptcy Judge

**Interested Parties:**

William B. Callahan, Esquire  
Law Offices of William B. Callahan  
1800 East High Street, Suite 150  
Pottstown, PA 19464

Scott Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100,  
Reading, PA 19606  
Attn: Rolando Ramos-Cardona

Andrew Lubin, Esq.  
Milstead & Associates, LLC  
Attorneys for Select Portfolio Servicing, Inc.  
1 East Stow Road  
Marlton, NJ 08053