United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 17-17892-elf
John G Wadsworth                                                      Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: Nancy            Page 1 of 2            Date Rcvd: Jun 24, 2019
                              Form ID: 167           Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 26, 2019.
db           +John G Wadsworth,    526 Hallman Road,    Douglassville, PA 19518-9330
cr            U.S. Bank Trust National Association as Trustee of,    Law Offices of Michelle Ghidotti,
               1920 Old Tustin Avenue,    Santa Ana
14065935      Berks County Tax Claim Bureau,    633 Court St 2nd Fl Svc Ctr,    Reading Pa 19601
14017711     +MGTLQ Investors, LP,    75 Beattie Place # 300,    Greenville, SC 29601-2138
14048991      MTGLQ Investors, L.P,    c/o Shellpoint Mortgage Serving,    PO Box 10826,
               Greenville, SC  29603-0826
14186584      U.S. Bank Trust Nt Assoc Trustee of Chalet Series,    c/o SN Servicing Corp.,    325 5th Street,
               Eureka, CA 95501
14017716      Yong S. Shin MS and Associates,    1360 E. High Street, Building 4,    Pottstown, PA 19464

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14017715     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 25 2019 03:18:37      American Infosource, LP,
               5847 San Felipe, Suite 1200,    Houston, TX 77057-3167
14017712      E-mail/Text: bankruptcy@bbandt.com Jun 25 2019 03:09:05       BB&T,    PO Box 1847,
               Wilson, NC 27894
14017714     +E-mail/Text: cio.bncmail@irs.gov Jun 25 2019 03:09:01       Internal Revenue Service,
               PO Box 7346,    Philadelphia, PA 19101-7346
14043271     +E-mail/Text: csc.bankruptcy@amwater.com Jun 25 2019 03:10:17       PA American Water,    Box 578,
               Alton, IL 62002-0578
14017717     +E-mail/Text: csc.bankruptcy@amwater.com Jun 25 2019 03:10:17       Pennsylvania American Water,
               PO Box 578,    Alton, IL 62002-0578
14041856      E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 25 2019 03:09:25
               Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
               Harrisburg, Pa.  17128-0946
14017713     +E-mail/Text: jennifer.chacon@spservicing.com Jun 25 2019 03:10:20
               Select Portfolio Servicing,    PO Box 65250,    Salt Lake City, UT 84165-0250
14103387      E-mail/Text: jennifer.chacon@spservicing.com Jun 25 2019 03:10:20
               Wells Fargo Bank, N.A., as Trustee,    c/o Select Portfolio Servicing, Inc.,    P.O. Box 65250,
               Salt Lake City, UT 84165-0250
                                                                                              TOTAL: 8

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
r             Hilary A. Notario
cr*          ++BB AND T,    PO BOX 1847,    WILSON NC 27894-1847
               (address filed with court: BB&T,     PO Box 1847,    Wilson, NC  27894-1847)
14195838*     U.S. Bank Trust Nt Assoc,    Trustee of Chalet Series,    c/o SN Servicing Corp.,
               325 5th Street,    Eureka, CA 95501
                                                                                               TOTALS: 1, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 24, 2019 at the address(es) listed below:
              CELINE P. DERKRIKORIAN    on behalf of Creditor    BB&T Mortgage ecfmail@mwc-law.com
              CELINE P. DERKRIKORIAN    on behalf of Creditor    Branch Banking And Trust Company
               ecfmail@mwc-law.com
              CHRISTOS A. KATSAOUNIS    on behalf of Creditor    Commonwealth of Pennsylvania, Department of
               Revenue RA-occbankruptcy5@state.pa.us, RA-occbankruptcy6@state.pa.us
              FRANCIS THOMAS TARLECKI    on behalf of Creditor    BB&T Mortgage ecfmail@ecf.courtdrive.com,
               ecfmail@mwc-law.com

```
District/off: 0313-4          User: Nancy              Page 2 of 2              Date Rcvd: Jun 24, 2019
                              Form ID: 167             Total Noticed: 15
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          FREDERICK L. REIGLE   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
          JASON BRETT SCHWARTZ    on behalf of Creditor   U.S. Bank Trust National Association as Trustee of Chalet Series III Trust jschwartz@mesterschwartz.com, jottinger@mesterschwartz.com
          KEVIN G. MCDONALD    on behalf of Creditor    MTGLQ INVESTORS, L.P. bkgroup@kmllawgroup.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    MTGLQ INVESTORS, L.P. bkgroup@kmllawgroup.com
          MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicing agent for Wells Fargo Bank, N.A., as Trustee mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
          MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Select Portfolio Servicing, Inc. mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
          RAYMOND M. KEMPINSKI    on behalf of Creditor    BB&T Mortgage raykemp1006@gmail.com, raykemp1006@gmail.com
          ROLANDO RAMOS-CARDONA    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com, ecf_frpa@trustee13.com
          SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM B. CALLAHAN   on behalf of Debtor John G Wadsworth bill@billcallahanlaw.com
                                                                                              TOTAL: 15

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: John G Wadsworth
    Debtor(s)

Case No: 17–17892–elf

Chapter: 13

### NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Eric L. Frank , United States Bankruptcy Judge to consider:

RESCHEDULED CONFIRMATION HEARING AND TRUSTEE'S MOTION TO DISMISS CASE

on: 8/29/19

at: 10:00 AM

in: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Date: 6/24/19

Timothy B. McGrath
Clerk of Court

73 – 32
Form 167