UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  JOHN G. WADSWORTH
        Debtor

Case No. 17-17892 ELF
Chapter 13

## CERTIFICATION OF SERVICE OF FOURTH AMENDED PLAN OF JOHN G. WADSWORTH

      William B. Callahan, Esquire certifies that a true and correct copy of the Fourth Amended Plan of John G. Wadsworth were sent this date by first class, postage prepaid, or by electronic mail, to the parties listed below.

Date:  August 28, 2019

/s/ William B. Callahan
William B. Callahan, Esquire
Law Offices of William B. Callahan
1800 East High Steet, Suite 150
Pottstown, PA 19464

Scott Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606
Attn: Rolando Ramos-Cardona

Andrew Lubin, Esq.
Milstead & Associates, LLC
Attorneys for Select Portfolio Servicing, Inc.
1 East Stow Road
Marlton, NJ 08053
alubin@milsteadkaw.com

United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107
Attn: Dave P. Adams
dave.p.adams@usdoj.gov

Christos A. Katsaounis, Senior Counsel
PA Department of Revenue
Office of Chief Counsel
P.O. Box 281061
Harrisburg, PA 17128-1061
ckatsaouni@pa.gov

Jasmine K. Alves
SN Servicing Corporation
323 5th Street
Eureka, CA 95501
jalves@snsc.com

Branch Banking & Trust Company
Bankruptcy Section 100-50-01-51
PO Box 1847
Wilson, NC 27894

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101

Berks County Tax Claim Bureau
633 Court St # 2B
Reading, PA 19601
taxclaim@countyofberks.com