# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re: JOHN G. WADSWORTH　　　　　　Case No. 17-17892 elf
　　　　　　　Debtor　　　　　　　　　　　　Chapter 13

## ORDER

AND NOW, this _____ day of _____, 2019, upon consideration of the Application for Allowance of Compensation Pursuant to Section 330 of the United States Bankruptcy Code ("Application"). IT IS HEREBY ORDERED that the Application is APPROVED in the amount of $3,000.00, of which $1,500.00 was received pre-petition.

**BY THE COURT**

_____

United States Bankruptcy Judge