## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  JOHN G. WADSWORTH  
           Debtor

Case No. 17-17892 ELF  
Chapter 13  
Hearing Date: December 5, 2019

### NOTICE OF MOTION, RESPONSE DEADLINE
### AND HEARING DATE OF DECEMBER 5, 2019 AT 11:00 AM

    John G. Wadsworth has filed with the US Bankruptcy Court a Motion for Permission to Sell real Estate.

    **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult with an attorney.)**

    1. If you do not want the Court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then **on or before DECEMBER 5, 2019,** you or your attorney must do BOTH of the following things:

    (a) **FILE AN ANSWER** explaining your position at:

            Clerk, United States Bankruptcy Court  
            The Madison Building  
            400 Washington Street, Suite 300  
            Reading, PA 19601

If you mail your answer to the Bankruptcy Court Clerk's Office for filing, you must mail it early enough so that it will be received on or before the date stated above;

**AND**   (b) **MAIL A COPY** of the documents to the Movant's attorney:

            William B. Callahan, Esquire  
            1800 East High Street, Suite 150  
            Pottstown, PA 19464  
            Telephone No. 484.680.0552  
            Facsimile No. 610.906.1575

    2. If you or your attorney do not take these steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

    3. **A HEARING ON THE MOTION** is scheduled to be held before the Hon. Eric L. Frank on **DECEMBER 5, 2019 AT 11:00 AM** United States Bankruptcy Court, The Madison Building, 400 Washington Street, Suite 300, Reading, PA 19601

    4. If a copy of the Motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

    5. You may contact the Bankruptcy Court Clerk's office in Philadelphia at (610) 208-2800, or in Reading at 610-208-5040, to find out whether the hearing has been canceled because no one filed an answer.

DATE: November 14, 2019