**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In Re:  JOHN G. WADSWORTH            Case No. 17-17892 ELF
         Debtor                     Chapter 13
                                         Hearing Date: December 5, 2019

## CERTIFICATION OF SERVICE OF EXHIBIT B RELATING TO MOTION OF JOHN G. WADSWORTH TO SELL REAL ESTATE

       William B. Callahan, Esquire certifies that a true and correct copy of Exhibit B to the Motion of John G. Wadsworth to Sell Real Estate, and the Notice of Response Date and Hearing were sent this date by first class mail, postage prepaid, and/or electronic means, to the parties listed below.

Date:  November 15, 2019

                                                         */s/ William B. Callahan*
                                                         William B. Callahan, Esquire
                                                         Law Offices of William B. Callahan
                                                         1800 East High Street, Suite 150
                                                         Pottstown, PA 19464
                                                         (484) 680-0552

Scott Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100,
Reading, PA 19606
Attn: Rolando Ramos-Cardona

United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107