**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In Re: JOHN G. WADSWORTH
       Debtor

Case No. 17-17892 ELF
Chapter 13
Hearing Date: December 5, 2019

## ORDER APPROVING THE SALE OF REAL ESTATE

AND NOW, this 5th day of December 2019, in consideration of the Motion of John G. Wadsworth for Approval of an Agreement for the Sale of Real Estate, there being no response thereto, it is hereby ORDERED, effective immediately:

Debtor, John G. Wadsworth's Agreement for the Sale of 124 Maplewood Drive, Douglassville, PA, is hereby APPROVED, and Debtor may proceed with the sale of that property, and shall be permitted to deliver clear title to the property, free of any encumbrances or restrictions imposed by this Bankruptcy. Upon the sale of the property, Debtor shall deliver the ~~sum of $138,430.66~~ net proceeds immediately to Trustee Scott Waterman.

_____
Bankruptcy Judge
**ERIC L. FRANK**

**Interested Parties:**

William B. Callahan, Esquire
Law Offices of William B. Callahan
1800 East High Street, Suite 150
Pottstown, PA 19464

Scott Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100,
Reading, PA 19606
Attn: Rolando Ramos-Cardona