United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
John G Wadsworth  
    Debtor

Case No. 17-17892-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: DonnaR     Page 1 of 1     Date Rcvd: Dec 06, 2019  
                      Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 08, 2019.  
db          +John G Wadsworth,   526 Hallman Road,   Douglassville, PA 19518-9330

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2019                                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 6, 2019 at the address(es) listed below:

         CELINE P. DERKRIKORIAN    on behalf of Creditor    BB&T Mortgage ecfmail@mwc-law.com  
         CELINE P. DERKRIKORIAN    on behalf of Creditor    Branch Banking And Trust Company ecfmail@mwc-law.com  
         CHRISTOS A. KATSAOUNIS    on behalf of Creditor    Commonwealth of Pennsylvania, Department of Revenue RA-occbankruptcy5@state.pa.us, RA-occbankruptcy6@state.pa.us  
         FRANCIS THOMAS TARLECKI    on behalf of Creditor    BB&T Mortgage ecfmail@ecf.courtdrive.com, ecfmail@mwc-law.com  
         FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
         JASON BRETT SCHWARTZ    on behalf of Creditor    U.S. Bank Trust National Association as Trustee of Chalet Series III Trust jschwartz@mesterschwartz.com  
         KEVIN G. MCDONALD    on behalf of Creditor    MTGLQ INVESTORS, L.P. bkgroup@kmllawgroup.com  
         MATTEO SAMUEL WEINER    on behalf of Creditor    MTGLQ INVESTORS, L.P. bkgroup@kmllawgroup.com  
         MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Select Portfolio Servicing, Inc. mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com  
         MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicing agent for Wells Fargo Bank, N.A., as Trustee mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com  
         RAYMOND M. KEMPINSKI    on behalf of Creditor    BB&T Mortgage raykemp1006@gmail.com, raykemp1006@gmail.com  
         ROLANDO RAMOS-CARDONA    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com  
         SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM B. CALLAHAN    on behalf of Debtor John G Wadsworth bill@billcallahanlaw.com  
                                                                                                                         TOTAL: 15

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In Re:  JOHN G. WADSWORTH          Case No. 17-17892 ELF
        Debtor                                  Chapter 13
                                           Hearing Date: December 5, 2019

**ORDER APPROVING THE SALE OF REAL ESTATE**

AND NOW, this 5th day of December 2019, in consideration of the Motion of John G. Wadsworth for Approval of an Agreement for the Sale of Real Estate, there being no response thereto, it is hereby ORDERED, effective immediately:

Debtor, John G. Wadsworth's Agreement for the Sale of 124 Maplewood Drive, Douglassville, PA, is hereby APPROVED, and Debtor may proceed with the sale of that property, and shall be permitted to deliver clear title to the property, free of any encunbrances or restrictions imposed by this Bankruptcy. Upon the sale of the property, Debtor shall deliver the net proceeds ~~sum of $138,430.66~~ immediately to Trustee Scott Waterman.

                                                          _____
                                                          Bankruptcy Judge
                                                          ERIC L. FRANK

**Interested Parties:**

William B. Callahan, Esquire
Law Offices of William B. Callahan
1800 East High Street, Suite 150
Pottstown, PA 19464

Scott Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100,
Reading, PA 19606
Attn: Rolando Ramos-Cardona