**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:  JOHN G. WADSWORTH | Case No. 17-17892 ELF |
| Debtor | Chapter 13 |

**CERTIFICATION OF NO RESPONSE TO**
**FEE APPLICATION OF WILLIAM B. CALLAHAN**

I hereby certify that no answer, objection, or response has been filed to the Fee Application of William B. Callahan, nor has the same been served upon the undersigned.

**WHEREFORE**, William B. Callahan prays this Honorable Court for an Order approving the Fee Application.

Date: 01/15/2020

/s/ William B. Callahan
William B. Callahan, Esquire
Law Offices of William B. Callahan
1800 East High Street, Suite 150
Pottstown, PA 19464
(484) 680-0552

Copies served by first class mail and/or by electronic means this date to:

Scott Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100,
Reading, PA 19606
Attn: Rolando Ramos-Cardona

United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107