**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In Re:  JOHN G. WADSWORTH       Case No. 17-17892 elf
         Debtor                     Chapter 13

**ORDER**

AND NOW, this \_\_\_\_17th\_\_\_\_ day of \_\_\_January 2020\_\_\_, upon consideration of the Application for Allowance of Compensation Pursuant to Section 330 of the United States Bankruptcy Code ("Application") filed by Debtor's counsel, . IT IS HEREBY ORDERED that the Application is GRANTED and that compensation of $3,000.00 is ALLOWED. The Trustee may distribute the allowed compensation less $1,500.00 which was received pre-petition as an administrative expense provided for in the confirmed plan.

 

**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**