United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-17892-elf
John G Wadsworth                                                        Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: Lisa              Page 1 of 1           Date Rcvd: Jan 17, 2020
                              Form ID: pdf900         Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 19, 2020.
db           +John G Wadsworth,    526 Hallman Road,    Douglassville, PA 19518-9330
cr            Berks County Tax Claim Bureau,    2nd Flr., County Services Center,    633 Court St.,
               Reading, PA  19601-4300
cr            U.S. Bank Trust National Association as Trustee of,    Law Offices of Michelle Ghidotti,
               1920 Old Tustin Avenue,    Santa Ana

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            E-mail/Text: bankruptcy@bbandt.com Jan 18 2020 03:48:11     BB&T,    PO Box 1847,
               Wilson, NC   27894-1847
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
r             Hilary A. Notario
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 17, 2020 at the address(es) listed below:
              CELINE P. DERKRIKORIAN    on behalf of Creditor    Branch Banking And Trust Company
               ecfmail@mwc-law.com
              CELINE P. DERKRIKORIAN    on behalf of Creditor    BB&T Mortgage ecfmail@mwc-law.com
              CHRISTOS A. KATSAOUNIS    on behalf of Creditor    Commonwealth of Pennsylvania, Department of
               Revenue RA-occbankruptcy5@state.pa.us, RA-occbankruptcy6@state.pa.us
              FRANCIS THOMAS TARLECKI    on behalf of Creditor    BB&T Mortgage ecfmail@ecf.courtdrive.com,
               ecfmail@mwc-law.com
              FREDERICK L. REIGLE   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              JASON BRETT SCHWARTZ    on behalf of Creditor    U.S. Bank Trust National Association as Trustee of
               Chalet Series III Trust jschwartz@mesterschwartz.com
              KEVIN G. MCDONALD    on behalf of Creditor    MTGLQ INVESTORS, L.P. bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    MTGLQ INVESTORS, L.P. bkgroup@kmllawgroup.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicing
               agent for Wells Fargo Bank, N.A., as Trustee mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Select Portfolio Servicing, Inc.
               mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
              RAYMOND M. KEMPINSKI    on behalf of Creditor    BB&T Mortgage raykemp1006@gmail.com,
               raykemp1006@gmail.com
              ROLANDO  RAMOS-CARDONA    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM B. CALLAHAN    on behalf of Debtor John G Wadsworth bill@billcallahanlaw.com
                                                                                             TOTAL: 15

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re: JOHN G. WADSWORTH      Case No. 17-17892 elf
            Debtor             Chapter 13

### ORDER

AND NOW, this ___17th___ day of ___January 2020___, upon consideration of the Application for Allowance of Compensation Pursuant to Section 330 of the United States Bankruptcy Code ("Application") filed by Debtor's counsel, . IT IS HEREBY ORDERED that the Application is GRANTED and that compensation of $3,000.00 is ALLOWED. The Trustee may distribute the allowed compensation less $1,500.00 which was received pre-petition as an administrative expense provided for in the confirmed plan.

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**