```
                            United States Bankruptcy Court
                            Eastern District of Pennsylvania
In re:                                                            Case No. 17-17892-elf
John G Wadsworth                                                  Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-4          User: Lisa              Page 1 of 2              Date Rcvd: Mar 12, 2020
                              Form ID: 138NEW         Total Noticed: 22
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 14, 2020.
```
db            +John G Wadsworth,    526 Hallman Road,    Douglassville, PA 19518-9330
smg           +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                Allentown, PA 18101-1603
smg            City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg           +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg           +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg           +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr             Berks County Tax Claim Bureau,    2nd Flr., County Services Center,    633 Court St.,
                Reading, PA  19601-4300
cr             U.S. Bank Trust National Association as Trustee of,    Law Offices of Michelle Ghidotti,
                1920 Old Tustin Avenue,    Santa Ana
14065935       Berks County Tax Claim Bureau,    633 Court St 2nd Fl Svc Ctr,    Reading Pa 19601
14017711      +MGTLQ Investors, LP,    75 Beattie Place # 300,    Greenville, SC 29601-2138
14048991       MTGLQ Investors, L.P,    c/o Shellpoint Mortgage Serving,    PO Box 10826,
                Greenville, SC  29603-0826
14186584       U.S. Bank Trust Nt Assoc Trustee of Chalet Series,    c/o SN Servicing Corp.,    325 5th Street,
                Eureka, CA 95501
14017716       Yong S. Shin MS and Associates,    1360 E. High Street, Building 4,    Pottstown, PA 19464
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 13 2020 03:11:58     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14017715      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 13 2020 03:18:56      American Infosource, LP,
                5847 San Felipe, Suite 1200,    Houston, TX 77057-3167
14017712       E-mail/Text: bankruptcy@bbandt.com Mar 13 2020 03:11:27      BB&T,    PO Box 1847,
                Wilson, NC 27894
14017714      +E-mail/Text: sbse.cio.bnc.mail@irs.gov Mar 13 2020 03:11:26      Internal Revenue Service,
                PO Box 7346,    Philadelphia, PA 19101-7346
14043271      +E-mail/Text: csc.bankruptcy@amwater.com Mar 13 2020 03:12:17      PA American Water,    Box 578,
                Alton, IL 62002-0578
14017717      +E-mail/Text: csc.bankruptcy@amwater.com Mar 13 2020 03:12:17      Pennsylvania American Water,
                PO Box 578,    Alton, IL 62002-0578
14041856       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 13 2020 03:11:36
                Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                Harrisburg, Pa.  17128-0946
14017713      +E-mail/Text: jennifer.chacon@spservicing.com Mar 13 2020 03:12:20
                Select Portfolio Servicing,    PO Box 65250,    Salt Lake City, UT 84165-0250
14103387       E-mail/Text: jennifer.chacon@spservicing.com Mar 13 2020 03:12:20
                Wells Fargo Bank, N.A., as Trustee,    c/o Select Portfolio Servicing, Inc.,    P.O. Box 65250,
                Salt Lake City, UT 84165-0250
                                                                                               TOTAL: 9
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
r              Hilary A. Notario
smg*           Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
cr*           ++BB AND T,    PO BOX 1847,    WILSON NC 27894-1847
               (address filed with court: BB&T,    PO Box 1847,    Wilson, NC  27894-1847)
14195838*      U.S. Bank Trust Nt Assoc,    Trustee of Chalet Series,    c/o SN Servicing Corp.,
                325 5th Street,    Eureka, CA 95501
                                                                                               TOTALS: 1, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2020                                  Signature:  /s/Joseph Speetjens

```
District/off: 0313-4          User: Lisa                Page 2 of 2              Date Rcvd: Mar 12, 2020
                              Form ID: 138NEW           Total Noticed: 22
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 12, 2020 at the address(es) listed below:
              CELINE P. DERKRIKORIAN    on behalf of Creditor    BB&T Mortgage ecfmail@mwc-law.com
              CELINE P. DERKRIKORIAN    on behalf of Creditor    Branch Banking And Trust Company
               ecfmail@mwc-law.com
              CHRISTOS A. KATSAOUNIS    on behalf of Creditor    Commonwealth of Pennsylvania, Department of
               Revenue RA-occbankruptcy5@state.pa.us, RA-occbankruptcy6@state.pa.us
              FRANCIS THOMAS TARLECKI    on behalf of Creditor    BB&T Mortgage ecfmail@ecf.courtdrive.com,
               ecfmail@mwc-law.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              JASON BRETT SCHWARTZ    on behalf of Creditor    U.S. Bank Trust National Association as Trustee of
               Chalet Series III Trust jschwartz@mesterschwartz.com
              KEVIN G. MCDONALD    on behalf of Creditor    MTGLQ INVESTORS, L.P. bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    MTGLQ INVESTORS, L.P. bkgroup@kmllawgroup.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicing
               agent for Wells Fargo Bank, N.A., as Trustee mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Select Portfolio Servicing, Inc.
               mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
              RAYMOND M. KEMPINSKI    on behalf of Creditor    BB&T Mortgage raykemp1006@gmail.com,
               raykemp1006@gmail.com
              ROLANDO  RAMOS-CARDONA    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM B. CALLAHAN    on behalf of Debtor John G Wadsworth bill@billcallahanlaw.com
                                                                                             TOTAL: 15
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: John G Wadsworth

       Debtor(s)                                                                Bankruptcy No: 17−17892−elf

                                                                                     Chapter: 13

_____

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1.  The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l 328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                    United States Bankruptcy Court
                Office of the Clerk, Gateway Building
                  201 Penn Street, 1st Floor
                        Reading, PA 19601

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                                      For The Court
                                                                       Timothy B. McGrath
                                                                         Clerk of Court

Dated: 3/12/20

                                                                                                                98 − 97
                                                                                          Form 138_new