United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
John G Wadsworth  
    Debtor

Case No. 17-17892-pmm  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: Antoinett     Page 1 of 1     Date Rcvd: Mar 31, 2020  
                         Form ID: trc       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 02, 2020.  
14195838        U.S. Bank Trust Nt Assoc,   Trustee of Chalet Series,   c/o SN Servicing Corp.,    325 5th Street,    Eureka, CA 95501

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                  TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                  TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 02, 2020                                       Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 30, 2020 at the address(es) listed below:

        CELINE P. DERKRIKORIAN   on behalf of Creditor   Branch Banking And Trust Company ecfmail@mwc-law.com  
        CELINE P. DERKRIKORIAN   on behalf of Creditor   BB&T Mortgage ecfmail@mwc-law.com  
        CHRISTOS A. KATSAOUNIS   on behalf of Creditor   Commonwealth of Pennsylvania, Department of Revenue RA-occbankruptcy5@state.pa.us, RA-occbankruptcy6@state.pa.us  
        FRANCIS THOMAS TARLECKI   on behalf of Creditor   BB&T Mortgage ecfmail@ecf.courtdrive.com, ecfmail@mwc-law.com  
        FREDERICK L. REIGLE   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
        JASON BRETT SCHWARTZ   on behalf of Creditor   U.S. Bank Trust National Association as Trustee of Chalet Series III Trust jschwartz@mesterschwartz.com  
        KEVIN G. MCDONALD   on behalf of Creditor   MTGLQ INVESTORS, L.P. bkgroup@kmllawgroup.com  
        MATTEO SAMUEL WEINER   on behalf of Creditor   MTGLQ INVESTORS, L.P. bkgroup@kmllawgroup.com  
        MATTHEW CHRISTIAN WALDT   on behalf of Creditor   Select Portfolio Servicing, Inc. as servicing agent for Wells Fargo Bank, N.A., as Trustee mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com  
        MATTHEW CHRISTIAN WALDT   on behalf of Creditor   Select Portfolio Servicing, Inc. mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com  
        RAYMOND M. KEMPINSKI   on behalf of Creditor   BB&T Mortgage raykemp1006@gmail.com, raykemp1006@gmail.com  
        REBECCA ANN SOLARZ   on behalf of Creditor   U.S. Bank Trust National Association as Trustee of the Tiki Series III Trust bkgroup@kmllawgroup.com  
        ROLANDO RAMOS-CARDONA   on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com  
        SCOTT F. WATERMAN (Chapter 13)   ECFMail@ReadingCh13.com  
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM B. CALLAHAN   on behalf of Debtor John G Wadsworth bill@billcallahanlaw.com  
                                                                                                           TOTAL: 16

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 17-17892-pmm
Chapter 13

In re: Debtor(s) (including Name and Address)

John G Wadsworth
526 Hallman Road
Douglassville PA 19518

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 03/30/2020.

Name and Address of Alleged Transferor(s):

Claim No. 6: U.S. Bank Trust Nt Assoc, Trustee of Chalet Series, c/o SN Servicing Corp., 325 5th Street, Eureka, CA 95501

Name and Address of Transferee:

U.S. Bank Trust National Association as
Trustee of the Tiki Series III Trust
c/o SN SERVICING CORP.
323 5th street
Eureka, CA 95501

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    04/02/20

Tim McGrath
**CLERK OF THE COURT**