Certificate Number: 14912-PAE-DE-034250101

Bankruptcy Case Number: 17-17892



14912-PAE-DE-034250101

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 18, 2020, at 2:55 o'clock PM EDT, John Wadsworth completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   March 18, 2020            By:    /s/Jai Bhatt

                                 Name:  Jai Bhatt

                                 Title:  Counselor