*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: John G Wadsworth
    Debtor(s)

Case No: 17–17892–pmm

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Patricia M. Mayer , United States Bankruptcy Judge to consider:

U.S. Bank Trust National Association as Trustee of the Tiki Series III Trust's OBJECTION to Entry of Discharge and to Trustee's Report and Account

    on: 4/23/20

    at: 11:00 AM

    in: 201 Penn Street, 4th Floor, Reading, PA 19601

Date: 4/6/20

For The Court

Timothy B. McGrath
Clerk of Court

107 – 104
Form 167