United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 17-17892-pmm
John G Wadsworth                                                      Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4        User: DonnaR              Page 1 of 1             Date Rcvd: Apr 06, 2020
                            Form ID: 167              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 08, 2020.
db            +John G Wadsworth,   526 Hallman Road,   Douglassville, PA 19518-9330

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 6, 2020 at the address(es) listed below:
      CELINE P. DERKRIKORIAN    on behalf of Creditor   Branch Banking And Trust Company ecfmail@mwc-law.com
      CELINE P. DERKRIKORIAN    on behalf of Creditor    BB&T Mortgage ecfmail@mwc-law.com
      CHRISTOS A. KATSAOUNIS    on behalf of Creditor    Commonwealth of Pennsylvania, Department of Revenue RA-occbankruptcy5@state.pa.us,   RA-occbankruptcy6@state.pa.us
      FRANCIS THOMAS TARLECKI    on behalf of Creditor    BB&T Mortgage ecfmail@ecf.courtdrive.com,   ecfmail@mwc-law.com
      FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
      JASON BRETT SCHWARTZ    on behalf of Creditor   U.S. Bank Trust National Association as Trustee of Chalet Series III Trust jschwartz@mesterschwartz.com
      KEVIN G. MCDONALD    on behalf of Creditor    MTGLQ INVESTORS, L.P. bkgroup@kmllawgroup.com
      MATTEO SAMUEL WEINER    on behalf of Creditor    MTGLQ INVESTORS, L.P. bkgroup@kmllawgroup.com
      MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicing agent for Wells Fargo Bank, N.A., as Trustee mwaldt@milsteadlaw.com,   bkecf@milsteadlaw.com
      MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Select Portfolio Servicing, Inc. mwaldt@milsteadlaw.com,   bkecf@milsteadlaw.com
      RAYMOND M. KEMPINSKI    on behalf of Creditor    BB&T Mortgage raykemp1006@gmail.com,   raykemp1006@gmail.com
      REBECCA ANN SOLARZ    on behalf of Creditor   U.S. Bank Trust National Association as Trustee of the Tiki Series III Trust bkgroup@kmllawgroup.com
      ROLANDO RAMOS-CARDONA    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com
      SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM B. CALLAHAN    on behalf of Debtor John G Wadsworth bill@billcallahanlaw.com
                                                                                              TOTAL: 16

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: John G Wadsworth
    Debtor(s)

Case No: 17−17892−pmm
Chapter: 13

### NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Patricia M. Mayer , United States Bankruptcy Judge to consider:

U.S. Bank Trust National Association as Trustee of the Tiki Series III Trust's OBJECTION to Entry of Discharge and to Trustee's Report and Account

on: 4/23/20

at: 11:00 AM

in: 201 Penn Street, 4th Floor, Reading, PA 19601

Date: 4/6/20

For The Court

Timothy B. McGrath
Clerk of Court

107 − 104
Form 167