IN THE UNITED STATES BANKRUPTY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                          :
   John G. Wadsworth,      :     Chapter 13
                                :
          Debtor.          :     Bankruptcy No. 17-17892pmm
                                :

## **ORDER**

AND NOW, upon consideration of the Objection to Entry of Discharge and Trustee's Final Report filed by US Bank Trust National Association as Trustee of the Tiki Series III Trust, and Objector having failed to appear at the hearing thereon and the Court having found that the claim of US Bank has been paid in full,

IT IS HEREBY **ORDERED** that the Objection is **OVERRULED** and a Discharge Order shall be entered in this case.

**Date: April 23, 2020**

_/s/ Patricia M. Mayer_
**PATRICIA M. MAYER, JUDGE**
**UNITED STATES BANKRUPTCY COURT**