United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
John G Wadsworth  
    Debtor

Case No. 17-17892-pmm  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: DonnaR     Page 1 of 1     Date Rcvd: Apr 23, 2020  
                      Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 25, 2020.
```
db          +John G Wadsworth,    526 Hallman Road,    Douglassville, PA 19518-9330
cr           U.S. Bank Trust National Association as Trustee of,    Law Offices of Michelle Ghidotti,
              1920 Old Tustin Avenue,    Santa Ana
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2020                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 23, 2020 at the address(es) listed below:
```
              CELINE P. DERKRIKORIAN    on behalf of Creditor    BB&T Mortgage ecfmail@mwc-law.com
              CELINE P. DERKRIKORIAN    on behalf of Creditor    Branch Banking And Trust Company
               ecfmail@mwc-law.com
              CHRISTOS A. KATSAOUNIS    on behalf of Creditor    Commonwealth of Pennsylvania, Department of
               Revenue RA-occbankruptcy5@state.pa.us, RA-occbankruptcy6@state.pa.us
              FRANCIS THOMAS TARLECKI    on behalf of Creditor    BB&T Mortgage ecfmail@ecf.courtdrive.com,
               ecfmail@mwc-law.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              JASON BRETT SCHWARTZ    on behalf of Creditor    U.S. Bank Trust National Association as Trustee of
               Chalet Series III Trust jschwartz@mesterschwartz.com
              KEVIN G. MCDONALD    on behalf of Creditor    MTGLQ INVESTORS, L.P. bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    MTGLQ INVESTORS, L.P. bkgroup@kmllawgroup.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicing
               agent for Wells Fargo Bank, N.A., as Trustee mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Select Portfolio Servicing, Inc.
               mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
              RAYMOND M. KEMPINSKI    on behalf of Creditor    BB&T Mortgage raykemp1006@gmail.com,
               raykemp1006@gmail.com
              REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank Trust National Association as Trustee of
               the Tiki Series III Trust bkgroup@kmllawgroup.com
              ROLANDO   RAMOS-CARDONA    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM B. CALLAHAN    on behalf of Debtor John G Wadsworth bill@billcallahanlaw.com
                                                                                             TOTAL: 16
```

IN THE UNITED STATES BANKRUPTY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                              :
    John G. Wadsworth,      :       Chapter 13
                            :
    Debtor.                 :       Bankruptcy No. 17-17892pmm
                            :

### ORDER

AND NOW, upon consideration of the Objection to Entry of Discharge and Trustee's Final Report filed by US Bank Trust National Association as Trustee of the Tiki Series III Trust, and Objector having failed to appear at the hearing thereon and the Court having found that the claim of US Bank has been paid in full,

IT IS HEREBY **ORDERED** that the Objection is **OVERRULED** and a Discharge Order shall be entered in this case.

**Date: April 23, 2020**

_Patricia M. Mayer_
**PATRICIA M. MAYER, JUDGE**
**UNITED STATES BANKRUPTCY COURT**